# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

TIM MARTIN                                                             PLAINTIFF

V.                      NO. 1:10CV00084-JTR

MICHAEL J. ASTRUE,                              DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 30th DAY OF November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE